UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 CIV. 9555**

Fallah S. Chambo
_____
(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

___ Civ. _____ (__) (__)

-against-

Time Warner Cable New York City
_____

**REQUEST TO PROCEED IN FORMA PAUPERIS**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, Fallah S. Chambo , (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   Time Warner Cable New York City
   60 Columbus Circle, NY 10023    $2640.00 per month

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month  $~~2642.00~~ F.C.
   YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.

   $2,640.00

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   _____

   a) Are you receiving any public benefits?    ☒ No.    ☐ Yes, $_____.
   b) Do you receive any income from any other source?    ☒ No.    ☐ Yes, $_____.

Rev. 05/2007                                1

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☑ No.    ☐ Yes, $110.00.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☐ No.    ☑ Yes, $1,000 – 1,500 : Is a 1995 Ford, 4D SD, used Gray Color, Weight 3624.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☐ No.    ☑ Yes, $400.00

7. List the person(s) that you pay money to support and the amount you pay each month.

My family and payment of loan. About $700 – 1000.00 per month. Lease not in my name.

8. State any special financial circumstances which the Court should consider.

Housing (Current in Court) arrears $5,000 or more. Personal loans from 401K (payroll deduction, $218.50 per month)

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13th day of Dec., 2011.

_____
Signature