UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

Fallah S. Chambo,

        Plaintiff/Petitioner(s),

  -against-

Time Warner Cable New York City,

        Defendant/Respondent(s).

------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan. 3, 2012
```

ORDER GRANTING IFP APPLICATION

<u>11</u> Civ. <u>9555</u> (UA)

LORETTA A. PRESKA, Chief United States District Judge:

    Leave to proceed in this Court without payment of fees is authorized. 28 U.S.C. § 1915.

    SO ORDERED:

                                                  */s/ Loretta A. Preska*
                                                LORETTA A. PRESKA
                                      Chief United States District Judge

Dated: January 3, 2012
        New York, New York