UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

CHAMBO                                                         Docket Number: 11 CV 9555 (AJN)

       -against-                                            NOTICE OF ASSIGNMENT
                                                   (PRO-SE)

TIME WARNER
--------------------------------------------------------

       The above-entitled action is:

---

[ ] Declined by Hon.
       As [ ] Related/ [ ] Similar to case #:

---

[ X ] Assigned to the Hon. ALISON J. NATHAN (AJN)
    [ X ] Designated / [ ] Redesignated Hon. GABRIEL W. GORENSTEIN (GWG),
    Magistrate Judge

---

[ ] Accepted by Hon.     as [ ] Related/ [ ] Similar to case #:
    [ ] Designated  [ ] Redesignated Hon.         ,Magistrate Judge

---

All further documents submitted in this action must bear the Judge's initials after the docket number

The attorney(s) for the plaintiff(s), or pro se plaintiff (s), is directed to serve a copy of this Notice of Assignment on all defendants.

                                                                         Ruby J. Krajick
                                                                         Clerk of Court

Dated: 01/04/2012                                              By:     PHYLLIS ADAMIK
                                                                                    Deputy Clerk