UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FALLAH S. CHAMBO,

        Plaintiff,

-against-

TIME WARNER CABLE, NEW YORK CITY,

        Defendant.

------------------------------------------------------------X

ORDER OF SERVICE

11 Civ. 9555 (AJN)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/2012

ALISON J. NATHAN, United States District Judge:

    The Clerk of Court is directed to issue a Summons in this action. The Plaintiff, Mr. Chambo, is directed to serve the Summons and Complaint upon the Defendant, Time Warner Cable, within 120 days of the issuance of the Summons. Plaintiff may request an extension of time to serve the summons. If service has not been made within the 120 days, and Plaintiff has not requested an extension of time to serve within that 120 days, the Complaint may be dismissed for failure to prosecute, pursuant to Rules 4 and 41 of the Federal Rules of Civil Procedure.

    SO ORDERED:

_____
ALISON J. NATHAN
United States District Judge

Dated: 1/5/2012
       New York, New York