UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FALLAH S. CHAMBO,<br><br>               Plaintiff,<br><br>    -against-<br><br>TIME WARNER CABLE NEW YORK CITY,<br><br>               Defendant. | ECF CASE<br><br>Index No.  11 Civ. 9555 (AJN)<br><br>FED. R. CIV. P. 7.1<br><u>DISCLOSURE STATEMENT</u> |

        Defendant Time Warner Cable of New York City, a division of Time Warner Entertainment Company, L.P. (improperly named as "Time Warner Cable New York City") ("TWCNYC"), by its attorneys, Kauff McGuire & Margolis LLP, certifies that TWCNYC is a division of Time Warner Entertainment Company, L.P. ("TWE").  TWE is a wholly-owned subsidiary of Time Warner Cable Inc., a publicly traded company that is not owned or controlled by any other publicly traded company.

Dated:   New York, New York
            June 13, 2012

                                                      Respectfully submitted,

                                                      KAUFF McGUIRE & MARGOLIS LLP

                                                     /s/ Kenneth A. Margolis
                                                         Kenneth A. Margolis
                                                         Michele A. Coyne
                                                         Marjorie B. Kulak

                                                     950 Third Avenue, Fourteenth Floor
                                                     New York, New York  10022
                                                     Telephone:  (212) 644-1010
                                                     margolis@kmm.com
                                                     coyne@kmm.com
                                                     kulak@kmm.com
                                                     Attorneys for Defendant

4837-5331-9695.1