## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the Fed. R. Civ. P. 7.1 Disclosure Statement of Defendant Time Warner Cable of New York City, a division of Time Warner Entertainment Company, L.P. to be served by Overnight Delivery on June 13, 2012 upon:

>Plaintiff *pro se* Fallah S. Chambo
>244 W. 122nd Street, #1A
>New York, New York  10027

Dated: June 13, 2012

>/s/ Kenneth A. Margolis
>Kenneth A. Margolis

4837-5331-9695.1