**CERTIFICATE OF SERVICE**

    I hereby certify that I caused a true and correct copy of the Answer of Defendant Time Warner Cable of New York City, a division of Time Warner Entertainment Company, L.P. to Plaintiff's Complaint to be served by Overnight Delivery on June 13, 2012 upon:

    Plaintiff *pro se* Fallah S. Chambo
    244 W. 122nd Street, #1A
    New York, New York  10027

Dated: June 13, 2012

        /s/ Kenneth A. Margolis
        Kenneth A. Margolis

4847-6388-4815.1