UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Fallah S. Chambo

                   Plaintiff,

    -against-

Time Warner Cable New York City

                 Defendant(s).
---------------------------------------------------------------X

NOTICE OF FED. R. CIV. P. 5
WAIVER OF PAPER SERVICE

11 Civ. 9555 (AJN) ( )

      The following parties, through their counsel, agree to waive paper service under Rule 5 of the Federal Rules of Civil Procedure and to rely solely on service by the Court's Notice of Electronic Filing, pursuant to Rule 9.3 of the Court's ECF Rules & Instructions.

      I have delivered a paper copy of this Notice to the *pro se* party and understand that the *pro se* party is no longer required to serve this firm and/or the undersigned attorney with paper documents for the parties listed below.

Date: June 13, 2012
_____

Time Warner Cable of New York City
_____
*printed name of party waiving service*

_____
*printed name of party waiving service*

_____
*printed name of party waiving service*

_____
*printed name of party waiving service*

/s/ Kenneth A. Margolis
_____
*signature of attorney*

Kenneth A. Margolis
_____
*printed name of attorney*

950 Third Ave., 14th Flr., N.Y., N.Y. 10022
_____
*address*

margolis@kmm.com
_____
*e-mail address*

212-644-1010
_____
*telephone number*

**NOTICE TO *PRO SE* LITIGANT:** The parties listed above have agreed to waive the requirement under Rule 5 of the Federal Rules of Civil Procedure that you serve on them all court papers **after the filing and service of the Summons and Complaint**. These parties have agreed to accept service solely through the Court's electronic filing system. This means that, **as to the parties listed above only**, you do not need to serve them with any papers that you file with the Court and you do not need to file with the Court an Affirmation of Service as to these parties. Once your papers are filed with the Court and scanned electronically, these parties will accept the Court's Notice of Electronic Filing as good service.

**This waiver of service does not apply to parties who are not listed on this Waiver.** You must serve those parties with paper copies of all your Court filings and file with the Court an Affirmation of Service as to such parties.

**This waiver of service does not apply to the service of a Summons and Complaint.**