UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

Plaintiff, Fallah S. Chambo

-v-

Defendant. Time Warner Cable New York City

----------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

11-cv-9555   ( AJN ) (GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

[ ] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

[ ] Habeas Corpus

[ ] Social Security

[ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
_____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated Aug. 10, 2012

SO ORDERED:

_____
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED AUG 1 0 2012

COPIES MAILED
TO ~~COUNSEL~~ OF RECORD ON 8/13/12
Pro Se Party